Allan Urgent
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, NJ 07102
973-297-2019

Brian G. Donohue
Senior Attorney
Patrick Bryan
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-514-5413

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) Civil Action No. 2:17-cv-2662 |
| | ) |
| PAULSBORO REFINING COMPANY LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF LODGING OF PROPOSED CONSENT DECREE
FOR 30-DAY PUBLIC COMMENT PERIOD**

The attached proposed Consent Decree is hereby lodged with the Court, pursuant

to 28 C.F.R. § 50.7, for public comment. Notice of the lodging of this Consent Decree, and the

opportunity to comment thereon, will be published in the Federal Register. The United States

will then receive public comments on the proposed Consent Decree for the requisite 30-day

public comment period, as provided in the proposed Consent Decree. During the pendency of

the public comment period, no action is required of this Court.  After the public comment period

has expired, the Plaintiff will respond to any comments timely received and, should it appear to

that the settlement is in the public interest, file a motion asking the Court to sign and enter the

Consent Decree.

       **The United States requests that the Court take no action with respect to the**

**lodged Consent Decree until the Plaintiffs move for the entry of the Consent Decree or**

**otherwise advises the Court.**

                      Respectfully submitted,

                      ELLEN MAHAN
                      Deputy Chief
                      Environmental Enforcement Section

                      /s/
                      BRIAN G. DONOHUE
                      Senior Attorney

                      PATRICK BRYAN
                      Trial Attorney
                      Environmental Enforcement Section
                      U.S. Department of Justice
                      P.O. Box 7611
                      Washington, D.C.  20044-7611
                      (202) 514-5413
                      brian.donohue@usdoj.gov

                      WILLIAM E. FITZPATRICK
                      Acting United States Attorney
                      District of New Jersey

                      ALLAN URGENT
                      Assistant United States Attorney
                      970 Broad Street, 7th Floor
                      Newark, NJ 07102
                      973-297-2019

OF COUNSEL:

ERICK R. IHLENBURG
Assistant Regional Counsel
Office of Regional Counsel, Air Branch
U.S. Environmental Protection Agency, Region 2
290 Broadway
New York, New York 10007-1866